# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>  Plaintiff,<br><br>  v.<br><br>**LEENA JAITLEY, D/B/A MANAGED OPTIONS TRADING and OPTIONS BY PROS,**<br><br>  Defendant,<br><br>  and<br><br>**TARABEN PATEL and OTA LLC,**<br><br>  Relief Defendants. | Civil Action No.:  1:21-cv-832-DAE |

### ORDER DISMISSING THE RELIEF DEFENDANTS AND TERMINATING THE TRIAL DATE

The Court having considered the Securities and Exchange Commission's Motion to Dismiss the Relief Defendants and Terminate the Trial Date (Dkt. # 78), finds it well taken and that it should be **GRANTED**.

**IT IS HEREBY ORDERED** that the Securities and Exchange Commission's claims asserted in this matter against Relief Defendants Taraben Patel and OTA LLC are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the October 28, 2024 trial date in this matter is terminated.

**IT IS SO ORDERED.**

Signed: August 19, 2024.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE