**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Mail Stop 5628
Washington, D.C. 20549-5628

Ogochukwu Olise
Paralegal/Fraud Analyst
Direct dial: 202-551-8673
Email: oliseog@sec.gov

*RECEIVED FEB 20 2025 — DIVISION OF ENFORCEMENT*

February 18, 2025

*FILED FEB 20 2025 — CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY [signature] DEPUTY*

Clerk of the Court
United States District Court
Western District of Texas, Austin Division
501 West Fifth Street, Suite 1100
Austin, TX 78701

RE: Request for Certified Copies in the case of *SEC v. Leena Jaitley, d/b/a Managed Options Trading and Options by Pros, et al.*

Civil Action No. 1:21-cv-00832-DAE

Clerk of the Court:

Please forward two (2) certified copies each of the following documents in the above case. Also, please certify enclosed Abstracts of Judgment.

**Judgment In A Civil Case (Leena Jaitley)**

Docket #85    Date Entered 12/12/2024

I have provided a self-addressed UPS envelope for the return documents. Please contact me at the number listed above with any questions.

Thank you for your assistance.

Sincerely,

s/ Ogochukwu Olise

Ogochukwu Olise
Contract Paralegal/ Fraud Analyst